Mary Jo O'Neill, AZ Bar #005924
Sally C. Shanley, AZ Bar #012251
Christopher R. Houk, AZ Bar #020843
Equal Employment Opportunity
Commission, Phoenix District Office
3300 N. Central Ave., Suite 690
Telephone: (602) 640-5049
Fax: (602) 640-5009
Email: mary.oneill@eeoc.gov
       sally.shanley@eeoc.gov
       christopher.houk@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda, <br><br> Defendant. | Case No. <br><br> **COMPLAINT** <br><br> **(JURY TRIAL DEMANDED)** |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Kerwin Pena, Casey Downey, and a class of men who were adversely affected by such practices during their employment by Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda. The Equal Employment Opportunity Commission alleges that the men were subjected to sexual harassment by, Arrowhead Honda's General Sales Manager, including suffering demeaning touching of intimate body parts as well as unwelcome sexual comments, which created a hostile work environment because of their sex, male. Because of the harassment, Mr. Pena, Mr. Downey and a class of men were constructively discharged.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times Defendant Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda, a Utah corporation, has continuously been doing business in the State of Arizona and the City of Peoria, Arizona and has continuously had at least fifteen employees.

5. At all relevant times Defendant Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Kirby Pena and Casey Downey filed charges with the Commission alleging violations of Title VII by Defendant Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda ("Arrowhead Honda"). All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 2009, Defendant Arrowhead Honda has engaged in unlawful employment practices at its Arizona facility in violation of Section 703(a) of

Title VII, 42 U.S.C. 2000e-2(a).  These unlawful employment practices include the harassment of Kerwin Pena, Casey Downey, and a class of male employees because of their sex, male, which created a hostile work environment. These practices include, but are not limited to, the following:

> a. Arrowhead Honda's General Sales Manager Joe Dennis engaging in unwelcome grabbing, rubbing, and/or touching of Mr. Pena and Mr. Downey in the groin area multiple times each.
>
> b. Mr. Dennis constantly subjecting Mr. Pena, Mr. Downey and a class of male employees, to a variety of unwelcome sexual gestures.

8. Since at least January 2009, Defendant Arrowhead Honda has engaged in unlawful employment practices at its Arizona facility in violation of Section 703(a) of Title VII, 42 U.S.C. 2000e-2(a) when it constructively discharged Mr. Pena, Mr. Downey, and a class of men because the workplace became intolerable due to the sexual harassment.

9. Defendant is strictly liable for Mr. Dennis's harassment of Mr. Pena, Mr. Downey, and a class of men because Mr. Dennis was an alter ego or proxy for Defendant at all relevant times.

10. Defendant knew or should have known about the hostile work environment and failed to promptly correct the sexual behavior.  Mr. Dennis's sexual behavior was widely known at Arrowhead Honda and no effort was made by Arrowhead Honda to stop Mr. Dennis's sexual behavior. Mr. Dennis's sexual harassment was reported to management, but continued.

11. The effect of the practices complained of in Paragraphs 7 – 10 above has been to deprive Mr. Pena, Mr. Downey, and a class of male employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, male.

12. The additional effect of the practices complained of in Paragraphs 7 – 10 above has been to cause constructive discharges of Mr. Pena and Mr. Downey.

13. The unlawful employment practices complained of in Paragraphs 7 – 10 were intentional.

14. The unlawful employment practices complained of in Paragraphs 7 – 10 above were done with malice and/or with reckless indifference to the federally protected rights of Mr. Pena, Mr. Downey, and a class of male employees employed by Arrowhead Honda.

### **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Arrowhead Honda, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in the harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Arrowhead Honda to institute and carry out policies, practices, and programs which provide equal employment opportunities for men, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Arrowhead Honda to make whole Mr. Pena, Mr. Downey, and a class of male employees by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, reinstatement or front pay in lieu of reinstatement.

D. Order Defendant Arrowhead Honda to make whole Mr. Pena, Mr. Downey, and a class of male employees, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraphs 7 – 10 above, including job search expenses, medical expenses, and other pecuniary losses, in amounts to be determined at trial.

E. Order Defendant Arrowhead Honda to make whole Mr. Pena, Mr. Downey, and a class of male employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in Paragraphs 7 – 10 above, including, but not limited to, emotional pain, suffering, physical injury, inconvenience, mental anguish, loss of enjoyment of life, injury to character or reputation, anxiety, and humiliation, in amounts to be determined at trial.

F. Order Defendant Arrowhead Honda to pay Mr. Pena, Mr. Downey, and a class of male employees punitive damages for its malicious and/or reckless conduct described in Paragraphs 7 – 10 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

RESPECTFULLY SUBMITTED this 28th day of September, 2010.

P. DAVID LOPEZ
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
131 M Street, NE 5th Floor
Washington, D.C. 20507-0004

/s/ Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney

/s/ Sally C. Shanley
SALLY C. SHANLEY
Supervisory Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Christopher R. Houk
CHRISTOPHER R. HOUK
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION- PHOENIX DISTRICT OFFICE
3300 N. Central Ave., Ste. 690
Phoenix, AZ 85012