Mark Ogden; AZ Bar No. 017018
Kristin R. Culbertson; AZ Bar No. 020801
LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016.4242
Telephone:   602.474.3600
Facsimile:    602.957.1801
mogden@littler.com
kculbertson@littler.com

Attorneys for Defendant
LARRY MILLER - PEORIA, INC. D/B/A ARROWHEAD HONDA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LARRY MILLER - PEORIA, INC. D/B/A ARROWHEAD HONDA,<br><br>Defendant. | Case No. CV 10-2080 PHX-FJM<br><br>**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |

Defendant, Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda, by and through its undersigned counsel, hereby gives notice that it served Defendant's Initial Disclosure Statement on Plaintiff by U.S. Mail on the date indicated below.

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016.4242
602.474.3600

DATED this 28th day of April, 2011

                                              s/Kristin R. Culbertson
                                              Mark Ogden
                                              Kristin R. Culbertson
                                              LITTLER MENDELSON, P.C.
                                              Attorneys for Defendant
                                              LARRY MILLER - PEORIA, INC. D/B/A
                                              ARROWHEAD HONDA

I hereby certify that on this 28th day of April, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Mary Jo O'Neill
Sally Shanley
Christopher R. Houk
Guy Knoller
U.S. EEOC, Phoenix District Office
3300 N. Central Avenue, Suite 690
Phoenix, Arizona 85012
Attorneys for Plaintiff


s/Janet Ziros
Firmwide:101417183.1 065933.1001

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016.4242
602.474.3600

-2-