Mary Jo O'Neill, AZ Bar #005924
Sally C. Shanley, AZ Bar #012251
Christopher R. Houk, AZ Bar #020843
Guy David Knoller, AZ Bar #002803
**Equal Employment Opportunity Commission,** Phoenix District Office
3300 N. Central Ave., Suite 690
Telephone: (602) 640-5049
Fax: (602) 640-5009
Email: mary.oneill@eeoc.gov
       sally.shanley@eeoc.gov
       christopher.houk@eeoc.gov
       guy.knoller@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda, <br><br> Defendant. | Case No. CV 10-2080 PHX-FJM <br><br> **NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF NON-UNIFORM INTERROGATORIES** |

NOTICE IS HEREBY GIVEN, by and through undersigned counsel, that Plaintiff, the Equal Employment Opportunity Commission, served its *First Request for Production of Documents* and its *First Set of Non-Uniform Interrogatories* on Larry Miller – Peoria, Inc. d/b/a Arrowhead Honda on May 4, 2011 by U.S. mail, first class postage prepaid, to Defendant's counsel of record.

DATED this 4th day of May, 2011.

MARY JO O'NEILL
Regional Attorney

SALLY C. SHANLEY
Supervisory Trial Attorney

*/s/ Christopher R. Houk*
CHRISTOPHER R. HOUK
Trial Attorney

GUY DAVID KNOLLER
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION – PHOENIX DISTRICT OFFICE
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of May, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark Ogden
Kristin Culbertson
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016-4242

Attorneys for Defendant

*/s/ Robert Wisniewski*
Legal Technician